UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PETER S. BUNIN, a married individual,<br><br>                Plaintiff,<br><br>   v.<br><br>KAISER ALUMINUM CORPORATION, a Delaware corporation doing business in Washington State,<br><br>                Defendant. | NO: 2:14-CV-327-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

**BEFORE** the Court is the parties' Stipulation of Dismissal, ECF No. 17. Having reviewed the Stipulation and the file and pleadings therein, the Court finds good cause to approve dismissal. Accordingly, **IT IS HEREBY ORDERED:**

    1. The parties' Stipulation of Dismissal, **ECF No. 17**, is **APPROVED**. Plaintiff's Complaint is dismissed with prejudice and without costs to any party.

    2. All pending motions, if any, are **DENIED AS MOOT**.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

3. All scheduled court hearings, if any, are **STRICKEN**.

The District Court Clerk is directed to enter this Order, provide copies to counsel, and **close this case**.

**DATED** this 16th day of July 2015.

                                          *s/ Rosanna Malouf Peterson*
                                    ROSANNA MALOUF PETERSON
                                    Chief United States District Court Judge